**Regina D. WOODLAND, Plaintiff–Appellant,**

v.

**NALCO CHEMICAL COMPANY, Defendant–Appellee.**

No. 04–30150.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 22, 2004.

John Courtney Wilson, Metairie, LA, for Plaintiff–Appellant.

Paul Eric Harrison, Rabalais, Unland & Lorio, Covington, LA, for Defendant–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Regina Woodland appeals the district court ruling granting summary judgment for defendant Nalco Chemical Company ("Nalco"). Woodland brought an action against Nalco for violations of Title VII of

---

the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 ("FMLA"), and the Americans with Disabilities Act of 1964, 42 U.S.C. § 12101 ("ADA") for failure to accommodate and retaliatory termination. The district court's granted summary judgment for Nalco on the issues of liability under Title VII and the ADA and found that Woodland had abandoned the rest of her claims against Nalco. We AFFIRM the district court opinion for essentially the reasons as stated in its memorandum opinion and order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.